No. 25-132, 25-133

# United States Court of Appeals for the Federal Circuit

In re: SAP AMERICA, INC.,
*Petitioner.*

_____

On Petitions for Writs of Mandamus from the United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2024-01495 and IPR2024-01496.
_____

**JOINT UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE RESPONSE**

| | |
|---|---|
| AMY J. NELSON<br>Acting Solicitor | DANIEL N. LERMAN<br>Herbert Smith Freehills Kramer (US) LLP<br>2000 K Street NW, 4th Floor |
| ROBERT J. MCMANUS<br>Acting Deputy Solicitor | Washington, DC 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510 |
| PETER J. SAWERT<br>FAHD H. PATEL<br>Associate Solicitors | daniel.lerman@hsfkramer.com<br><br>*Counsel for Respondent Cyandia, Inc.* |
| Office of the Solicitor<br>U.S. Patent and Trademark Office<br>Mail Stop 8, P.O. Box 1450<br>Alexandria, Virginia  22313<br>(571) 272-9035 | |
| *Attorneys for the Acting Director of the United States Patent and Trademark Office* | June 23, 2025 |

# CERTIFICATE OF INTEREST

Counsel for Cyandia, Inc. certifies the following:

1. The full name of every entity represented by us is:

    Cyandia, Inc.

2. The name of the real party in interest for the entity. Do not list the real party if it is the same as the entity:

    Not applicable.

3. All parent corporations and any other publicly held companies that own 10 percent or more of the stock of the party or amicus curia represented by us are listed below:

    Not applicable.

4. The names of all law firms, and the partners or associates that have not entered an appearance in the appeal, and (a) appeared for the entity in the lower tribunal; or (b) are expected to appear for the entity in this court:

    Charles Keller, Herbert Smith Freehills Kramer (US) LLP

5. Other than the originating case number(s), any related or prior cases in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.

    *Cyandia, Inc. v. SAP America, Inc.*, Case No. 2:24-cv-00096-JRG (E.D. Tex.).

6. All information required by Fed. R. App. P. 26.1(b) and (c) in criminal cases and bankruptcy cases.

    Not applicable.

Respectfully submitted,

Dated: June 23, 2025

/s/ *Daniel N. Lerman*
DANIEL N. LERMAN
Herbert Smith Freehills Kramer (US) LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
daniel.lerman@hsfkramer.com

*Counsel for Respondent Cyandia, Inc.*

Pursuant to Fed. Cir. R. 26 and Fed. R. App. P. 27, the Acting Director of the United States Patent and Trademark Office and Cyandia, Inc. request that the Court extend the time for responding to SAP's mandamus petitions, currently due on June 30, 2025, by fourteen (14) days to July 14, 2025. This is the first extension of time requested by the Acting Director or Cyandia.

Cyandia requests additional time to respond because the existing briefing schedule conflicts with other professional obligations of Cyandia's counsel. Among other things, on June 20, 2025, Cyandia's counsel filed an opening brief in *Guntert & Zimmerman Const. Div., Inc. v. Gomaco Corp.*, Fed. Cir. No. 25-1509. In addition, on June 30, 2025, Cyandia's counsel will be filing dispositive motions and *Daubert* motions in *Cyandia, Inc. v. SAP America, Inc.*, Case No. 2:24-cv-00096-JRG (E.D. Tex.), as well as Patent Owner's Response in *SAP America, Inc. v. Cyandia, Inc.* No. IPR2024-01433 (P.T.A.B.). On July 2, 2025, Cyandia's counsel will be filing Patent Owner's Sur-Replies in *Godbersen-Smith Construction Co. d/b/a GOMACO Corp. v. Guntert & Zimmerman Const. Div., Inc.*, Nos. IPR2024-00835, PGR2024-00026. An extension of time will allow adequate time to prepare Cyandia's consolidated response in a way that will best assist the Court in resolving the issues presented in the petitions.

The Acting Director requests additional time to prepare her brief due to the heavy workload of the Solicitor's Office (which is operating at a significantly reduced staffing level due to a combination of factors such as voluntary departures, reassignments, and parental leave), the need to coordinate the Acting Director's

3

response with other government agencies in view of the constitutional arguments made in the petitions, and the need to ensure the responsive brief is properly reviewed before filing.

In addition, on June 20, 2025, two separate groups filed motions to file amicus briefs in support of the mandamus petitions. ECF Nos. 9, 12.

Counsel for SAP, has stated that it does not oppose this motion. Thus, the Acting Director and Cyandia respectfully request that the Court grant this extension.

| | |
|---|---|
| /s/ *Peter J. Sawert* | /s/ *Daniel N. Lerman* |
| AMY J. NELSON | DANIEL N. LERMAN |
| Acting Solicitor | Herbert Smith Freehills Kramer (US) LLP |
| | 2000 K Street NW, 4th Floor |
| ROBERT J. MCMANUS | Washington, DC 20006 |
| Acting Deputy Solicitor | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| PETER J. SAWERT | daniel.lerman@hsfkramer.com |
| FAHD H. PATEL | |
| Associate Solicitors | *Counsel for Respondent Cyandia, Inc.* |

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

*Attorneys for the Acting Director of the United States Patent and Trademark Office*

## RULE 32(g) CERTIFICATE OF COMPLIANCE

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing **JOINT UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO RESPOND TO SAP'S PETITION FOR A WRIT OF MANDAMUS** complies with the type-volume limitation required by the Court's rule. The total number of words in the foregoing motion is 344 words as calculated using the Word® software program.

/s/ *Peter J. Sawert*
Peter J. Sawert
Associate Solicitor
U.S. Patent & Trademark Office