NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re SAP AMERICA, INC.,**
*Petitioner*

---

2025-132, 2025-133

---

On Petitions for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01495 and IPR2024-01496.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The Acting Director of the United States Patent and Trademark Office and Cyandia, Inc. move unopposed to extend, up to and including July 14, 2025, the time to file their separate responses to the petitions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for extension of time is granted.

FOR THE COURT

June 23, 2025
Date

Jarrett B. Perlow
Clerk of Court