2025-132, 2025-133

United States Court of Appeals
for the Federal Circuit

IN RE: SAP AMERICA, INC.,
*Petitioner.*

On Petitions for Writs of Mandamus to the United States Patent and Trademark Office, Patent Trial and Appeal Board Nos. IPR2024-01495 and IPR2024-01496.

ACTING DIRECTOR'S OPPOSED SECOND MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Fed. Cir. R. 26, the Acting Director of the United States Patent and Trademark Office requests that the time for responding to SAP's mandamus petitions, currently due on July 14, 2025, be extended seven (7) days to July 21, 2025. This is the second extension of time requested by the Acting Director. The Court previously granted a 14-day extension to July 14, 2025.

The Acting Director requests additional time due to the need to coordinate the response on issues of broader impact with other government agencies experiencing very heavy workloads, and the need to ensure the brief is properly reviewed before filing.

Counsel for Co-respondent Cyandia has stated that the Co-respondent does not oppose the motion. However, counsel for Appellant SAP has provided the following statement in opposition:

> SAP opposes this motion. Trial in Cyandia's parallel district court action against SAP is scheduled for October 6, 2025. SAP seeks a decision on its petition well in advance of that trial date. Further, the Court has already doubled the time for Respondents to respond to the petition. Finally, this petition presents an issue of great public interest particularly to the many IPR petitioners prejudiced by the Patent Office's retroactive rescission of its binding agency guidance.

The Acting Director responds that the impact of the requested 7-day extension on this Court's resolution of SAP's petitions should be minimal. Furthermore, precisely because the petitions involve "an issue of great public interest," the Court will benefit most from a response that has received full review and consideration. For these reasons, the Acting Director respectfully requests that extension be granted.

This motion is accompanied by declarations pursuant to Fed. Cir. R. 26(b)(3) and Fed. Cir. R. 26(b)(1).

| | |
|---|---|
| July 11, 2025 | Respectfully submitted,<br><br>/s/ Peter J. Sawert<br>AMY J. NELSON<br>*Acting Solicitor*<br><br>ROBERT J. MCMANUS<br>*Acting Deputy Solicitor*<br><br>PETER J. SAWERT<br>FAHD H. PATEL<br>*Associate Solicitors*<br><br>Office of the Solicitor<br>U.S. Patent and Trademark Office<br>Mail Stop 8, P.O. Box 1450<br>Alexandria, Virginia 22313<br>(571) 272-9035<br><br>*Attorneys for the Acting Director of the United States Patent and Trademark Office* |

2025-132, 2025-133

United States Court of Appeals for the Federal Circuit

**IN RE: SAP AMERICA, INC.,**
         *Petitioner.*

On Petitions for Writs of Mandamus to the United States Patent and Trademark Office, Patent Trial and Appeal Board Nos. IPR2024-01495 and IPR2024-01496.

**DECLARATION IN SUPPORT OF ACTING DIRECTOR'S OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

I, Peter J. Sawert, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of the Acting Director's motion for a 7-day extension of time, until July 21, 2025, for filing the Acting Director's response to SAP's petitions for writs of mandamus.

3. I believe good cause exists for the extension due to the heavy workload of other agencies with which the Acting Director must coordinate a response, and the need to ensure the brief is properly reviewed before filing.

4. Counsel for Co-respondent Cyandia has stated that they do not oppose the Director's motion to seek a 7-day extension of time; however, counsel for Appellant SAP has stated that they do oppose the motion.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on July 11, 2025      /s/ Peter J. Sawert
                 Peter J. Sawert
                 Associate Solicitor

2025-132, 2025-133

United States Court of Appeals for the Federal Circuit

**IN RE: SAP AMERICA, INC.,**
                        *Petitioner.*

On Petitions for Writs of Mandamus to the United States Patent and Trademark Office, Patent Trial and Appeal Board Nos. IPR2024-01495 and IPR2024-01496.

**DECLARATION IN SUPPORT OF FILING ACTING DIRECTOR'S OPPOSED SECOND MOTION FOR EXTENSION OF TIME WITHIN LESS THAN SEVEN (7) DAYS OF THE DUE DATE**

I, Peter J. Sawert, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of the Acting Director's motion for a 7-day extension of time, until July 21, 2025, for filing the Acting Director's response to SAP's petitions for writs of mandamus.

3. Due to the nature of the response in this matter, the response must be coordinated with other government agencies and reviewed by higher-level agency officials, and the busy schedules of those officials have prevented adequate review of and consultation on the response before filing. This has necessitated a last-minute request for extension of time.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on July 11, 2025                       /s/ Peter J. Sawert
                                                            Peter J. Sawert
                                                            Associate Solicitor

# RULE 32(g) CERTIFICATE OF COMPLIANCE

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing **Acting Director's Second Opposed Motion for Extension of Time to File a Response** complies with the type-volume limitation required by the Court's rule. The total number of words in the foregoing motion is 284 words as calculated using the Word® software program.

                                          /s/ Peter J. Sawert
                                          Peter J. Sawert
                                          Associate Solicitor
                                          United States Patent & Trademark Office