FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-132 and 25-133

**Short Case Caption:** In re SAP America, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Hon. Kathleen M. O'Malley, Hon. Randall R. Rader, Hon. Susan G. Braden, Hon. Ronald A. Cass, Richard A. Epstein, Keith N. Hylton, Bowman Heiden, Adam MacLeod, Adam Mossoff, Kristen Jakobsen Osenga,

| **Principal Counsel:** Matthew J. Dowd | Admission Date: 2010 |
|---|---|
| Firm/Agency/Org.: Dowd Scheffel PLLC | |
| Address: 1717 Pennsylvania Avenue NW, Suite 1025, Washington, DC 20006 | |
| Phone: (202) 559-9175 | Email: mdowd@dowdscheffel.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/18/25

Signature: /s/ Matthew J. Dowd

Name: Matthew J. Dowd