NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re SAP AMERICA, INC.,**
*Petitioner*

2025-132, 2025-133

On Petitions for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01495 and IPR2024-01496.

**ON MOTION**

Before STOLL, *Circuit Judge*.

**O R D E R**

In support of the petitioner, the U.S. Manufacturers Association for Development and Enterprise, The Alliance for Automotive Innovation, The High Tech Inventors Alliance, ACT | The App Association, The Computer & Communications Industry Association, and the Public Interest Patent Law Institute move for leave to submit briefs amici curiae.

In support of the respondents, the Patent and Trademark Attorneys, Agents, and Applicants for Restoration and Maintenance of Integrity in Government; The Alliance of U.S. Startups & Inventors for Jobs; and a group of former

judges, a former ITC Vice Chairman, and academic scholars[1] move for leave to submit briefs amici curiae.

No opposition has been filed to any of the motions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. ECF Nos. 9 pages 8–35, 13, 23-2, 32-2, and 41-2 are accepted for filing.

FOR THE COURT

September 4, 2025
     Date

Jarrett B. Perlow
Clerk of Court

---

[1] Including Hon. Kathleen M. O'Malley (ret.), Hon. Randall R. Rader (ret.), Hon. Susan G. Braden (ret.), Hon. Ronald A. Cass (ret.), Prof. Richard A. Epstein, Prof. Keith N. Hylton, Dr. Bowman Heiden, Prof. Adam J. MacLeod, Prof. Adam Mossoff, and Prof. Kristen Jakobsen Osenga.